**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-1752**

─────────────

FEVEN MOSISA,

               Plaintiff - Appellant,

     v.

TYLER PERRY,

               Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge.  (8:24-cv-01445-TDC)

─────────────

Submitted:  February 20, 2026               Decided:  February 26, 2026

─────────────

Before WILKINSON, KING, and GREGORY, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Feven Mosisa, Appellant Pro Se.  Michael Gaches, TUCKER ELLIS LLP, Alexandria, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Feven Mosisa appeals the district court's order dismissing her civil action without prejudice for lack of personal jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Mosisa v. Perry*, No. 8:24-cv-01445-TDC (D. Md. June 2, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*